AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

*U.S. MARSHALS 2014 APR 16 PM 12 09*

United States of America
v.
JASON MICHAEL KEATING

Case No. **'14-MJ- 57**

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JASON MICHAEL KEATING,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Receipt of Stolen Goods (18 U.S.C. § 2315)

DATE ARRESTED 4/16/14 BY US Marshals TFO Vey...

Date: 04/16/2014

City and state: Portland, Oregon

*Issuing officer's signature*

JANICE M. STEWART
US MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*