UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:14-CR-00282-03-KI |
| Plaintiff, | TRIAL MANAGEMENT ORDER |
| v. | |
| JASON MICHAEL KEATING, | |
| Defendant. | |

KING, Judge,

Any motion to continue a criminal trial based on a finding of excludable delay shall be filed <u>no later than SEVEN (7) days</u> prior to the scheduled trial date and shall include the filing of a declaration or affidavit containing:

(a) a statement of the number and length of previous continuances;

(b) a proposed trial date and the specific and detailed reason for the continuance stated with sufficient specificity to permit the Court to make findings of the necessity for a continuance. If necessary to prevent disclosure of work product or other privileged material, a party may submit an additional affidavit

Page 1 - TRIAL MANAGEMENT ORDER

        under seal setting out the facts that warrant a continuance;

(c)    a representation that the defense attorney has spoken to his or her client and the client agrees with the continuance, understands the rights provided by the Speedy Trial Act, and waives those rights in light of the reason for the continuance. Attorneys may only speak for their own clients. The client's written consent for this continuance may be filed instead; and

(d)    the positions of all other parties, including the government, concerning the proposed continuance.

In cases with multiple defendants being tried together, the position of each defendant must be provided to the Court by each defendant's attorney in the form of a declaration or affidavit;

<u>NOTE</u>: Defendants will not be taken off the U.S. Marshal transport list until acceptable submissions are received and the motion to continue the trial date is granted.

Once the attorneys state they expect the case will proceed to trial, the court will schedule a pretrial conference.

Pretrial documents shall be filed as follows:

(1) Fourteen days prior to pretrial conference, the parties shall simultaneously file:

    (a)    all motions <u>in</u> <u>limine</u>;

    (b)    trial memoranda;

    (c)    requested jury instructions (follow Ninth Circuit Model Jury Instructions when possible) and verdict (also submit the jury instructions and verdict, in plain text or rich text format, as an attachment to an e-mail to the courtroom deputy;

    (d)    proposed <u>voir</u> <u>dire</u> questions;

    (e)    exhibit list; and

    (f)    expert witness list and summaries of any expert testimony.

(2) At least seven days prior to pretrial conference, any responses to the above documents shall be filed.

My courtroom is now equipped with the Digital Evidence Presentation System (DEPS). You are encouraged to use this equipment during trial. Arrangements can be made for the use of the equipment by contacting the Judicial Assistant/Courtroom Deputy, Pamela Graham at (503) 326-8230 at least one week in advance of your trial date. Houston Bolles, Courtroom Technology Administrator (503) 326-8181, will arrange to demonstrate the equipment, but you must make arrangements for this _prior_ to trial.

IT IS SO ORDERED.

DATED this  21st  day of July, 2014.

                                              /s/ Garr M. King
                                                  GARR M. KING
                                          United States District Judge