Gerald M. Needham, OSB # 96374
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204-3228
Tel:    (503) 326-2123
Fax:    (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00282-KI |
| Plaintiff, | AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION |
| v. | TO CONTINUE TRIAL DATE |
| JASON MICHAEL KEATING, | |
| Defendant | |

STATE OF OREGON        )
                       ) ss:
County of Multnomah )

I, Gerald M. Needham, being duly sworn, do depose and say:

1. I am counsel for Jason Michael Keating in the above-entitled action.

2. Mr. Keating has been indicted for one count of Conspiracy To Transport, Receive, And Sell Stolen Goods in violation of 18 U.S.C. § 371 and one count of Receipt Of Stolen Goods in violation of 18 U.S.C. § 2315. The indictment contains a forfeiture allegation.

3. Mr. Keating has been released on pretrial conditions. He remains in compliance with all aspects of his release conditions. Counsel has spoken with Mr. Keating concerning the need for a continuance. He authorized counsel to represent he consents to a continuance of his

trial date with the knowledge that the timeframe is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

4. Counsel has received discovery materials. Additional discovery materials were forwarded to counsel late last week. Additional time is required to review discovery materials, conduct pretrial investigation, consult with Mr. Keating, and otherwise properly prepare for trial.

5. Assistant United States Attorney Ryan Bounds has authorized counsel to represent the government has no objection.

6. Celia Howes, attorney for co-defendant Kyle Keoki Yamaguchi, has authorized counsel to represent that her client has no objection to the requested continuance. Mark Cogan, counsel for co-defendant Tung Wing Ho, has been advised of the nature of the motion. Counsel has yet to receive a reply from Mr. Cogan.

7. Based on the aforementioned, counsel moves to continue the trial of September 16, 2014, to November 18, 2014, or a date thereafter convenient to the Court. The timeframe of the requested continuance is excludable from Speedy Trial computations pursuant to 18 U.S.C. § 3161(h)(7)(A), as additional time is required for pretrial investigation and trial preparation and the ends of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedier trial.

DATED this 10th day of September, 2014.

/s/ Gerald M. Needham  
Gerald M. Needham  
Attorney for Defendant

SUBSCRIBED AND SWORN to before me this 10th day of September, 2014.

/s/ Jennifer Louise Lillie  
Notary Public for Oregon  
My commission expires: 3/22/2017

PAGE 2.    AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE