Gerald M. Needham, OSB # 96374
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR   97204-3228
Tel:   (503) 326-2123
Fax:   (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00282-KI |
|---|---|
| Plaintiff, | AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION |
| v. | TO CONTINUE TRIAL DATE |
| JASON MICHAEL KEATING, | |
| Defendant | |

STATE OF OREGON        )
                       ) ss:
County of Multnomah    )

    I, Gerald M. Needham, being duly sworn, do depose and say:

1. I am counsel for Jason Michael Keating in the above-entitled action.

2. Mr. Keating has been indicted for one count of Conspiracy To Transport, Receive, And Sell Stolen Goods in violation of 18 U.S.C. §371, and one count of Receipt Of Stolen Goods in violation of 18 U.S.C. §2315. The indictment contains a forfeiture allegation.

3. December 9, 2014, is the second trial setting.

PAGE 1.    AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE

4. Mr. Keating has been released on pretrial conditions. He remains in compliance with all aspects of his release conditions. Counsel has spoken with Mr. Keating concerning the need for a continuance. He authorized counsel to represent he consents to a continuance of his trial date with the knowledge that the timeframe is excludable under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

5. Counsel has received discovery materials. Additional time is required to review discovery materials, conduct pretrial investigation, consult with Mr. Keating, and otherwise properly prepare for trial.

6. An additional issue has arisen concerning the restitution amount. Defense counsel is in need of additional time to conduct legal research concerning this issue.

7. Assistant United States Attorney Ryan Bounds has authorized counsel to represent the government has no objection.

8. Mark Cogan, counsel for co-defendant Tung Wing Ho, has moved to continue the trial approximately 90 days.

9. Based on the aforementioned, counsel moves to continue the trial of December 9, 2014, to March 10, 2015, or a date thereafter convenient to the Court. The timeframe of the requested continuance is excludable from Speedy Trial computations pursuant to 18 U.S.C. §3161(h)(7)(A), as additional time is required for pretrial investigation and trial preparation

///

///

///

///

PAGE 2.    AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE

and the ends of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedier trial.

DATED this 1st day of December, 2014.

                                      */s/ Gerald M. Needham*  
                                      Gerald M. Needham  
                                      Attorney for Defendant

SUBSCRIBED AND SWORN to before me this 1st day of December, 2014.

                                      */s/ Jennifer Louise Lillie*  
                                      Notary Public for Oregon  
                                      My commission expires: 3/22/2017