IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 3:14-CR-00282-KI-(3) |
| v. | **PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT JASON MICHAEL KEATING** |
| **TUNG WING HO, et al,** | |
| **Defendants.** | |

IT IS HEREBY ORDERED:

1. As the result of the guilty plea on Count 1 of the Indictment, for which the Government sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant shall forfeit to the United States all property representing proceeds of the offense.

2. Defendant is ordered to forfeit proceeds in the amount of $97,709.00 in United States currency representing a portion of the proceeds of defendant's criminal activity.

3. Upon the entry of this Order, the United States is authorized to conduct discovery to identify, locate, or determine disposition of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(4).

4. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

5. Pursuant to Rule 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be a part of the sentence and shall be included in the judgment.

6. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

7. When property is located, it is to be held by the United States Secret Service in its secure custody pending resolution of all third-party interests as provided in 21 U.S.C. § 853(n).

IT IS SO ORDERED this 21st day of April, 2015.

_____
HONORABLE GARR M. KING
United States District Judge

Submitted by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney

_____
RYAN W. BOUNDS, OSB #00012
Assistant United States Attorney